

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, February 10, 2016

WALTER HALL
Stiles Unit - TDC # 1799734
3060 FM 3514
Beaumont, TX 77705

**Re:** HALL, WALTER
**CCA No.** WR-84,459-01                            **COA No.** 02-12-00346-CR
**Trial Court Case No.** C-2-010520-1287383-A

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk

cc:   2nd Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
District Clerk Tarrant County (DELIVERED VIA E-MAIL)
District Attorney Tarrant County (DELIVERED VIA E-MAIL)